In the Matter of the Application of the GRAND JURY OF THE COUNTY OF KINGS. BARTHOLOMEW NICASTRO, Appellant; RAYMON H. CHADEAYNE, Foreman of Said Grand Jury, Respondent.

Argued March 13, 1952; decided April 23, 1952.

984

*Sydney Rosenthal* and *Keal Kaufman* for appellant.

*Miles F. McDonald, District Attorney* (*Aaron E. Koota* and *Julius Helfand* of counsel), for respondent.

Order affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.